```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07381
   MONICA L WILSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
     SSN XXX-XX-8161


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 04/24/2007 and was confirmed 08/23/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 02/07/2008.
-----------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
 LITTON LOAN SERVICING     CURRENT MORTG       .00              .00              .00
 LITTON LOAN SERVICING     MORTGAGE ARRE       .00              .00              .00
 COOK COUNTY TREASURER     SECURED             .00              .00              .00
 GREATER CHICAGO FINANCE   SECURED VEHIC       .00              .00              .00
 SHARON SANDERS            CURRENT MORTG       .00              .00              .00
 INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED             .00              .00
 AT & T BANKRUPCTY         UNSECURED      NOT FILED             .00              .00
 AMERICAN GENERAL FINANCE  UNSECURED      NOT FILED             .00              .00
 CAPITAL ONE               UNSECURED         545.56             .00              .00
 CAPITAL ONE               UNSECURED         510.42             .00              .00
 COMCAST                   UNSECURED      NOT FILED             .00              .00
 COMMONWEALTH EDISON       UNSECURED      NOT FILED             .00              .00
 DEBT RECOVERY SOLUTION    UNSECURED         661.99             .00              .00
 DIVERSIFIED COLLECTION S  UNSECURED      NOT FILED             .00              .00
 MITCHELL N KAY            UNSECURED      NOT FILED             .00              .00
 HARRIS & HARRIS           UNSECURED      NOT FILED             .00              .00
 ECAST SETTLEMENT CORP     UNSECURED         854.52             .00              .00
 NICOR GAS                 NOTICE ONLY    NOT FILED             .00              .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED        9971.28             .00              .00
 RESURGENT CAPITAL SERVIC  UNSECURED        1619.35             .00              .00
 LITTON LOAN SERVICING LP  NOTICE ONLY    NOT FILED             .00              .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED        2454.40             .00              .00
 GLENDA J GRAY             DEBTOR ATTY     2,500.00                        2,500.00
 TOM VAUGHN                TRUSTEE                                           181.14
 DEBTOR REFUND             REFUND                                            396.10

           Summary of Receipts and Disbursements:
 -----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
 -----------------------------------------------------------------------
 TRUSTEE              3,077.24


                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 07381 MONICA L WILSON
```

```
PRIORITY                                                                .00
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                     2,500.00
TRUSTEE COMPENSATION                                                 181.14
DEBTOR REFUND                                                        396.10
                                    ---------------       ---------------
TOTALS                                     3,077.24              3,077.24
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 05/27/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```